NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAULA HANSON-HODGE,**

*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**

*Respondent*

---

2025-1097

---

Petition for review of the Merit Systems Protection Board in No. DC-0432-14-0475-B-1.

---

## O R D E R

Upon consideration of the court's May 20, 2025 order that the court would transfer this matter to the United States District Court for the District of Maryland unless Paula Hanson-Hodge filed a corrected Statement Concerning Discrimination "that acknowledges in Section A that she did raise" a discrimination claim before the Merit Systems Protection Board "and indicates in Section C that she is now abandoning such claim," ECF No. 29 at 2–3, and that such a corrected Statement has not been filed,

IT IS ORDERED THAT:

2                                                    HANSON-HODGE v. SSA

Pursuant to the court's May 20, 2025 order, this matter and all transmittals are transferred to the United States District Court for the District of Maryland.

FOR THE COURT

June 26, 2025
Date

Jarrett B. Perlow
Clerk of Court